**LODGED**

ORIGINAL

JOHN S. CARROLL                    649-0
345 Queen Street, Suite 607
Honolulu, Hawaii 96813             MAR 03 2009
Telephone No. (808) 526-9111       3:46 pm
                                   CLERK, U.S. DISTRICT COURT
                                   DISTRICT OF HAWAII

CHRISTOPHER A. DIAS                6265-0
Schutter Dias & Smith
810 Richards Street, Suite 810
Honolulu, Hawaii 96813
Telephone No. (808) 524-4600

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 09 2009
at 9 o'clock and 00 min. A.M.
SUE BEITIA, CLERK

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT ALLEN DAVIS, | Civil No. 08-00257 HG BMK |
| Plaintiff, | [Other Civil Action] |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES; ORDER** HG |
| FIRST AMERICAN TITLE INSURANCE COMPANY; DOE DEFENDANTS 1-10, | |
| Defendants. | |

STIPULATION FOR DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND ALL PARTIES; ORDER HG

IT IS HEREBY STIPULATED pursuant to Rule 41(a)(1)(A)(ii) HG of the Federal Rules of Civil Procedure, by and between the parties hereto, through their respective counsel, that all claims against all parties are hereby dismissed with prejudice with each party to bear its own costs and attorney's fees. No claims or parties remain in this lawsuit.

DATED: Honolulu, Hawaii, _____**MAR - 2 2009**_____.

_/s/ John S. Carroll_
JOHN S. CARROLL
CHRISTOPHER A. DIAS
Attorneys for Plaintiff
    Robert Allen Davis


_/s/ Michael L. Lam_
MICHAEL L. LAM
MICHAEL G. KOZAK
Attorneys for Defendant
    First American Title
    Insurance Company


APPROVED AND SO ORDERED:

_/s/_
UNITED STATES DISTRICT JUDGE